| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | BENJAMIN A. GERSON, NY Bar # 5505144 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | WILLIAM M. MCCLURE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  6:19-mj-00076 JDP |
|---|---|
| Plaintiff, | **STIPULATION FOR DEFENDANT TO APPEAR BY VIDEO TELECONFERENCE; ORDER** |
| vs. | |
| WILLIAM M. MCCLURE, | Date:   December 17, 2019 |
| Defendant. | Time:   10:00 a.m. |
| | Judge:  Hon. Jeremy D. Peterson |

The parties, through their respective counsel, Susan St. Vincent, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, William M. McClure, hereby stipulate and jointly move this Court to permit the defendant to waive his right to be personally present at the initial appearance hearing on December 17, 2019, at 10:00 a.m., and instead appear by video conference from the United States District Court in Grand Junction, Colorado.  The parties make this request pursuant to Fed. R. Crim. P. 43(b)(2).

Mr. McClure resides in Telluride, Colorado.  In early November 2019, he obtained new employment.  He does not currently own a car; however, he is prepared to travel to the nearest courthouse in Grand Junction, Colorado using public transportation.

While Mr. McClure understands the importance of appearing in person, traveling to and from Yosemite to attend the hearing is a financial hardship at this time and could jeopardize his

employment.  Mr. McClure requests the Court accept waiver of his right to be personally present at the proceedings on December 17, 2019.

Respectfully submitted,

BENJAMIN J. WAGNER
United States Attorney

Dated: December 10, 2019

*/s/ Susan St. Vincent*
SUSAN ST. VINCENT
Acting Legal Officer
National Park Service
Yosemite National Park

Dated: December 10, 2019

HEATHER E. WILLIAMS
Federal Defender

*/s/ Benjamin A. Gerson*
BENJAMIN A. GERSON
Assistant Federal Defender
Attorney for Defendant
WILLIAM M. MCCLURE

ORDER

Good cause appearing, the above stipulation for defendant to appear via video teleconference in Case No. 6:19-mj-00076, is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated: December 17, 2019

_____
UNITED STATES MAGISTRATE JUDGE