| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | BENJAMIN A. GERSON, NY Bar # 5505144 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | WILLIAM MCCLURE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No. 6:19-MJ-00076-JDP |
| Plaintiff, | | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| vs. | | Date: June 16, 2020 |
| WILLIAM MCCLURE, | | Time: 10:00 a.m. |
| Defendant. | | Judge: Hon. Jeremy D. Peterson |

The parties, through their respective counsel, Susan St. Vincent, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, William McClure, hereby stipulate and jointly move this Court to continue Mr. McClure's status conference from March 31, 2020 until June 16, 2020.

On January 15, 2020, Mr. McClure was arraigned before the honorable Jeremy Peterson. Defense counsel has received discovery and is defense investigation is ongoing. Unfortunately ongoing COVID-19 closures have delayed defense investigation. The undersigned defense counsel requests that Mr. McClure's status conference be continued until June 16, 2020 in order to undertake the necessary investigation. The Government does not object.

//

//

//

McClure / Stipulation to Continue Status Conference and Order

-1-

|   |   |   |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | | McGREGOR SCOTT<br>United States Attorney |
| 3 | | |
| 4 | Dated: March 30, 2020 | */s/ Susan St. Vincent*<br>SUSAN ST. VINCENT |
| 5 | | Acting Legal Officer<br>National Park Service |
| 6 | | Yosemite National Park |
| 7 | | |
| 8 | Dated: March 30, 2020 | HEATHER E. WILLIAMS<br>Federal Defender |
| 9 | | |
| 10 | | */s/ Benjamin A. Gerson*<br>BENJAMIN A. GERSON |
| 11 | | Assistant Federal Defender<br>Attorney for Defendant |
| 12 | | WILLIAM MCCLURE |

ORDER

Good cause appearing, the above stipulation to continue case 6:19-MJ-0076 JDP until June 16, 2020 is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated:   March 30, 2020  				_____
                                        UNITED STATES MAGISTRATE JUDGE



Dated:  March_____, 2020  _____
                                        HON. JEREMY D. PETERSON
                                        United States Magistrate Judge