HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN A. GERSON, NY Bar # 5505144
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
WILLIAM MCCLURE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>William McClure,<br><br>　　　　　Defendant. | Case No.  6:19-mj-00076-JDP<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>Date:　October 20, 2020<br>Time:　10:00 a.m.<br>Judge: Hon. Jeremy D. Peterson |

　　　　The parties, through their respective counsel, Sean Anderson, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, William McClure, hereby stipulate and jointly move this Court to vacate Mr. McClure's status conference scheduled for August 18, 2020.

　　　　The ongoing COVID-19 pandemic has seriously impacted the defense investigation and efforts to reach a settlement.  The undersigned requests a continuance until October 20, 2020.  The government does not object.

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

Dated: August 17, 2020

*/s/ Sean Anderson*
Sean Anderson
Acting Legal Officer
National Park Service
Yosemite National Park

Dated: August 17, 2020

HEATHER E. WILLIAMS
Federal Defender

*/s/ Benjamin A. Gerson*
BENJAMIN A. GERSON
Assistant Federal Defender
Attorney for Defendant
William McClure

**ORDER**

The above stipulation to continue the status conference in case 6:19-mj-00076 JDP until October 20, 2020 is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated:   August 18, 2020

_____
UNITED STATES MAGISTRATE JUDGE